**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 336 EAL 2018

                  Respondent     :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

              v.               :

                                  :

NORM SCOTT,                   :

                                :

                  Petitioner     :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 13th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.